JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MALCOLM CAMPBELL, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRANSDEV SERVICES, INC., a Maryland corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-CV-03685-R(PJWx)<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>District Judge: Hon. R. Gary Klausner<br>FPTC:　　　12/23/2019<br>Trial:　　　　1/21/2020 |

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that the case be dismissed with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further, all parties are to bear their own costs and fees incurred in this instant action.

Dated: October 24, 2019

_____
Hon. R. Gary Klausner
United States District Court